## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| ISRAEL CALLER, | Case No.: |
| Plaintiff, | **F.R.C.P. No. 7.1 DISCLOSURE STATEMENT** |
| v. | |
| AKERNA CORP., JESSICA BILLINGSLEY, BARRY FISHMAN, MATT KANE, TAHIRA REHMATULLAH, SCOTT SOZIO, | |
| Defendants. | |

Pursuant to F.R.C.P. No. 7.1 plaintiff Israel Caller ("Plaintiff") hereby states that there are no such parent corporations or other publicly held corporations that own 10% or more of its stock as the Plaintiff is an individual and not a corporation.

Dated: May 23, 2023

BRODSKY & SMITH, LLC

By:  */s/ Marc L. Ackerman*

Marc L. Ackerman
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Fax:    (610) 667-9029
Email: mackerman@brodskysmith.com

**OF COUNSEL**

*Counsel for Plaintiff*

**RISEN LAW, LLC**
Douglas Risen
1900 JFK Blvd., Suite 910
Philadelphia, PA 19103
Tel: (215)301-2824